Person Filing: _Michael Westcott_

Address (if not protected): _1550 N. County Club Rd_

City, State, Zip Code: _Tucson AZ 85716_

Telephone: _520-991-4878_

Email Address: _Westcott3998@Yahoo.com_

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

FILED
GARY L. HARRISON
CLERK
21 MAR -4 AM 11:04
BY: _____ DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA

## IN _Pima_ COUNTY

_Michael Westcott_

**Name of Plaintiff**

Case Number: **C20 211 031**

Title: **CIVIL COMPLAINT**

_US Marshals/Core Civic_

**Name of Defendant**

_Civil Rights 4 Caused By_

_Personal Injury_

KELLIE JOHNSON

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

**JURISDICTION and VENUE**

1.    The Superior Court in _Pima_ County has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

[X]    The value of this case exceeds $10,000 dollars.

[ ]    Replevin or other nonmonetary remedy will take place in _____ County.

[ ]    The Plaintiff resides in _Pima_ County.

[ ]    The Defendant resides in _____ County.

[ ]    The Defendant does business in _____ County.

Case Number: _____

[ ]   The events, actions, or debts subject of this Complaint occurred in *Pima*
County.

[ ]   Other reason: *The Civil Rights Violation Caused The*
*Personal Injury Two Left Arm*

## DISCOVERY TIER

2.   Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case
to the following tier based on the amount of damages I request.

[ ]   Tier 1 = Actions claiming $50,000 or less in damages.

[X]   Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR    Actions claiming nonmonetary relief.

[ ]   Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.   The Plaintiff in this case is:

*Michael Dwayne Westcott*

4.   The Defendant in this case is:

*US Marshals Service / Core Civic Cooperation*

## STATEMENT OF FACTS AND BREACH

5.   *The Facts of The Case Refused Medical Attion*
*which Caused A Personal Injury Two Left Arm*
*and Caused me Two Have Mersa Infection For Life*

**Case Number:** _____

6. _____

_____

7. _____

_____

8. _____

_____

9. _____

_____

10. _____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

**APPLICABLE LAW SUPPORTING CLAIMS**

( )  Albert v Norris  06-1534 US

( )  Billops v Sandoval  Cv. H-05-0530

( )  Boretti v. Wisconb  930 F 2D 1150
Denial Pressing of Pain medication

Case Number: _____

( ) Ellis V. Butler 2D 1018-1021
Denial of Two Deliver Pain meds

( ) Walker V Benjamin 293 F 3d 1030
Refusal Two Administer Pain meds

( ) Erickson V Holloway F 3d 1678
Officers Refusal of Emergency Room doctors orders.

( ) _____
_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(①) MersA Infection For Life

(②) Left Arm mobility is Decreased Due Two Not Being Able Two Finish Physical Therapy.

( 3 ) Left Arm Has Two Big Scars on Front Foor Arm. and From Elbo Down Back of Arm

(④) Civil Rights Violation. In A 24hr Two 48hrs I was Refused Medical Attion. I Asked For &immediate Medical when we got Two Jail. I was Refused. I Asked A number
( 5 ) of Times after That, was Told No. At 3 Am I was Told No About going Two Hospital when I Asked

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

Case Number: _____

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( X )   Civil Rights Violation:
        Refued Medical Attion / Pain Meds

( X )   Mersa Infection For Life
        Contracted By Hand Cuffs

( X )   Damage Two Left Arm (Sever Scars)
        Due Two 3 Surgerys

( X )   Donge Two Left Arm (Decreased Mobiluy)
        Due From Not (Completey PT)

( X )   over 3 months Pain & Suffring From
        Left Arm. From (3 Surgerys and Sever Swelling)

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this _____MAR - 4 2021_____.
        *(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)